UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | 1:11-CR-14 |
| | ) | *Collier / Lee* |
| | ) | |
| LASHAWN BOOKER, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Before the Court is a *pro se* Motion for Disqualification or Recusal of Magistrate Judge Order [sic] Reinstatement of Trial Counsel During the Appeal Stage of Defendant Proceeding filed by Defendant LaShawn Booker and memorandum in support [Docs. 97 & 98], which were received by the Court on July 10, 2013 and signed by the Defendant on July 1, 2013. Defendant's motion requests that the Order reinstating trial counsel Charles Dupree be terminated and that "any proceeding completed on the behalf of the defendant be reversed." [Doc. 97]. On January 7, 2013, an Order and Mandate were issued by the United States Court of Appeals for the Sixth Circuit ("Sixth Circuit") affirming the district court's judgement as to Defendant. As of July 15, 2013, no petition for certiorari to the United States Supreme Court had been filed.

The proceedings before this Court are concluded. Defendant's *pro se* Motion for Disqualification or Recusal of Magistrate Judge Order [sic] Reinstatement of Trial Counsel During

the Appeal Stage of Defendant Proceeding [Doc. 97] is **DENIED**.

SO ORDERED:

ENTER.

                                                      s/ *Susan K. Lee*
                                                     SUSAN K. LEE
                                                     UNITED STATES MAGISTRATE JUDGE